# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL M. MULLENIX and CINDY C. MULLENIX, D & C ENTERPRISES, INC. a Washington corporation, f/k/a INLAND MEATS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SYSCO SPOKANE, INC., a Delaware corporation, <br><br> Defendant. | No. CV-13-305-LRS <br><br> ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS |

BASED ON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without an award of fees or costs to any party.

DONE IN OPEN COURT this 15th day of October, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

ORDER OF DISMISSAL